### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| v. | : CRIMINAL NO. 18 - 172 |
| **JOSEPH WILLARD** | : |

### ORDER

**AND NOW**, this 22nd day of March, 2022, upon review of the Defendant's motion to dismiss for violations of the Speedy Trial Act and the government's response, it is hereby **ORDERED** that the motion [Doc. 103] is **DENIED**.

BY THE COURT:

/s/ Jeffrey L. Schmehl
**JEFFREY L. SCHMEHL**
**United States District Court Judge**