IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 18-172 |
| JOSEPH WILLARD | : |

### ORDER

AND NOW, this 23rd day of March, 2022, upon consideration of the Defendant's motion to dismiss the second superseding indictment due to violations of the Speedy Trial Act ("ruse" exception) and the government's response, it is hereby **ORDERED** that the motion [Doc. 102] is **DENIED**.

BY THE COURT:

*S/S JEFFREY L. SCHMEHL*
JEFFREY L. SCHMEHL
United States District Court Judge