## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| v. | : CRIMINAL NO. 18-172 |
| **JOSEPH WILLARD** | : |

### ORDER

**AND NOW**, this 18th day of April, 2022, upon consideration of the Defendant's motion to suppress and the government's response thereto, it is hereby **ORDERED** that the motion [Doc. 45] is **DENIED**.

                           BY THE COURT:

                           *S/ JEFFREY L. SCHMEHL*
                            JEFFREY L. SCHMEHL
                            United States District Court Judge